**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIWIJET, LLC a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XIAMEN HAYONEX INTERNATIONAL LOGISTICS CO. LTD, an entity of unknown provenance, and 4PX EXPRESS CO., LIMITED, an entity of unknown provenance,<br><br>Defendants | Case No.: 2:21-cv-07512-JVS-GJS<br><br>**JUDGMENT BY DEFAULT IN FAVOR OF KIWIJET, LLC AGAINST DEFENDANT XIAMEN HAYONEX INTERNATIONAL LOGISTICS, CO. LTD.**<br><br>HON. JAMES V. SELNA |

Kiwijet, LLC, the Plaintiff ("Kiwijet") filed a Motion for Default Judgment against Defendant Xiamen Hayonex International Logistics Co. LTD ("Xiamen"), on April 29, 2022 as Dkt No. 26. On June 2, 2022, the Court granted the entry of Kiwijet's Motion for default judgment against Xiamen but denied it with respect to the entry of judgment for inadequate showing of damages. See Order, Dkt No. 30 ("Order"). The Court requested a supplemental briefing solely on the issue of damages, which Kiwijet submitted on August 1, 2022. See Supplemental to Motion for Default Judgment, Dkt No. 33 ("Supplemental"). The Supplemental

to the Motion for Default judgment came on for hearing before the Court on August 24, 2022. After considering the moving papers and all supporting evidence, arguments of counsel, and all other matters presented to the Court, and based on the following calculations:

- Monthly Contract Cost: $4,652,100
    - Aircraft Lease and Flight Hours: $1,709,500
    - Aircraft Fuel: $2,418,600
    - Aircraft Crew Per Diems: $20,000
    - Parking and Handling: $504,000
- Monthly Contract Income: $5,544,000
- Monthly Profit: $891,900
- Total Anticipated Profit: $10,702,800

The Court **GRANTS** the motion and awards Kiwijet' LLC damages in the amount of $10,702.800.00.

**IT IS SO ORDERED**

Date: September 12, 2022

_____
Hon. James V. Selna
United States District Judge