1  PAUL B. GEORGE, State Bar No. 55147
   BALLARD SPAHR LLP
2  601 S.W. Second Avenue, Suite 2100
   Portland, Oregon 97204
3  Telephone: (503) 778.2100
   Facsimile:  (503)778.2200
4  Email: georgep@ballardspahr.com

5  EUDEEN Y. CHANG SBN 211721
   MONICA Q. VU SBN 216352
6  CHANG LLP
   19800 MacArthur Boulevard, Suite 1000
7  Irvine, California 92612
   Telephone: (949) 387-8611
8  Facsimile: (949) 263-0005
   Email: mvu@changllp.com
9  echang@changllp.com

10 Attorneys for Defendant
   XIAMEN HAYONEX INTERNATIONAL
11 LOGISTICS CO. LTD

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIWIJET, LLC, A DELAWARE CORPORATION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XIAMEN HAYONEX INTERNATIONAL LOGISTICS CO. LTD, an entity of unknown provenance, and 4PX EXPRESS CO. LIMITED, an entity of unknown provenance,<br><br>　　　　Defendants. | Case No. 2:21-cv-07512-JVS-GJS<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br><br><br>JUDGMENT AFTER TRIAL IN FAVOR OF DEFENDANT XIAMEN HAYONEX INTERNATIONAL LOGISTICS CO. LTD<br><br>Complaint filed: September 20, 2021 |

On March 11, 2025, Defendant, Xiamen Hayonex International Logistics Co. LTD ("Defendant"), by and through their counsel of record, Paul B. George, Esq. and

Eudeen Y. Chang, Esq., and the Plaintiffs, Kiwijet, LLC ("Plaintiff"), by and through their counsel of record, Eric Bensamochan, Esq., appeared before this Court, the Honorable James V. Selna, for a Jury Trial in the above-captioned proceeding.

A jury was impaneled, and Plaintiff presented its case-in-chief and rested. Defendant moved for Judgment as a Matter of Law (the "motion") under Rule 50(a) of the FRCP as to all claims pleaded by Plaintiff on the grounds that: (1) Plaintiff failed to establish that all of the conditions precedent to the parties' contract had been met; and (2) Plaintiff failed to provide a calculation of damages.

The Court heard Plaintiff's arguments against the motion and provided Plaintiff with an opportunity to present any and all evidence it had regarding Plaintiff's alleged failure to provide Defendant and this Court with a calculation of damages.

The Court having considered the arguments, evidence and testimony presented at Trial, ruled in favor of Defendant and against Plaintiff on all causes of action.

- 2 -
JUDGMENT

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment entered in favor of Defendant and against Plaintiff on all causes of action;

2. Plaintiff shall recover nothing, and the action is dismissed on the merits; and

3. Defendant is entitled to recover costs from Plaintiff in accordance with Rule 54(d) of the FRCP and Local Rule 54-2 and shall file and serve an Application to the Clerk to Tax Costs including a detailed bill of costs within 14 days after the entry of judgment as required by Local Rule 54-2.1.

Approved as to form:

*Eric Bensamochan*
Eric Bensamochan, Esq.
Counsel for Plaintiff
Dated: May 20, 2025

Approved as to form:

_____
Eudeen Y. Chang, Esq.
Counsel for Defendant
Dated: May 20, 2025

IT IS SO ORDERED.

Dated: May 22, 2025

_____
Judge James V. Selna

- 3 -
JUDGMENT